IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GILBERTO JAIME, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:17-cv-00253-O-BP |
| § | |
| ALLSTATE TEXAS LLOYDS and § | |
| KERRY JONES, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Plaintiff's Motion to Remand (ECF No. 8) is **GRANTED.** Defendant's Motion to Dismiss Plaintiff's Original Petition (ECF No. 7) and Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 22) are **DENIED as moot.**

This case is hereby **REMANDED** to the 141st Judicial District Court of Tarrant County, Texas, case number 141-290656-17. The Clerk of the Court shall mail a certified copy of this order to the district clerk of Tarrant County, Texas.

**SO ORDERED** on this **16th day of October, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE