IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **GILBERTO JAIME,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 4:17-cv-00253-O-BP |
| § | |
| **ALLSTATE TEXAS LLOYDS and** § | |
| **KERRY JONES,** § | |
| § | |
| **Defendant.** § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is hereby REMANDED to the 141st Judicial District Court of Tarrant County, Texas, case number 141-290656-17.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **16th day of October, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE